**Fill in this information to identify the case:**

Debtor Name **Townley Pallet Manufacturing, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-41057-11**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1. _____   _____   ___ ___ ___ ___   _____

   3.2. _____   _____   ___ ___ ___ ___   _____

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. _____

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____

Debtor    **Townley Pallet Manufacturing, LLC**
Name                                                    Case number *(if known)* **25-41057-11**

---

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    [_____]

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less: _____ - _____ =..... ➡    _____
                           face amount     doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =..... ➡    _____
                        face amount     doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [_____]

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

   **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

   15.1. **100% Ownership interest in W.D. Townley and Son**    **100.00%**    _____    **$0.00**
        **Lumber Co., Inc., d/b/a Townley Lumber Co.**

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor    **Townley Pallet Manufacturing, LLC**
          _____
          Name

Case number *(if known)* **25-41057-11**
          _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   | | $0.00 |
   |---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   | | |
   |---|---|

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    __Townley Pallet Manufacturing, LLC_____    Case number *(if known)* __25-41057-11__
          Name

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    | _____ |

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor  **Townley Pallet Manufacturing, LLC**

Name

Case number *(if known)* **25-41057-11**

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | _____ | _____ | _____ |
| 40. **Office fixtures** | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **Townley Pallet Manufacturing, LLC**

Name

Case number *(if known)* **25-41057-11**

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Baker Heavy Duty Four Head ambit rim with 24' saws and 10HP motors (1) Baker 48" powered roll car with hold overs feeding the "aba" sizer together with all attachments, tooling, accessories, appurtenances, and ELV960SM-X Stationary Mount Loader, together with attachments, tooling, accessories, appurtenances** | unknown | | $500,000.00 |
| **Equipment at Old Mill** | unknown | | $2,100,000.00 |
| **Equipment at New Mill** | unknown | | $2,700,000.00 |
| **Equipment at Nailing Plant** | unknown | | $1,250,000.00 |

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

   $6,550,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **74,022 SF Plant site on 52.16 Acres, Rusk County, TX** | **Fee Simple** | unknown | **Appraisal** | $1,760,000.00 |
| 55.2 **Pasture: 11.76 Acres, Rusk County, TX** | **Fee Simple** | unknown | **Appraisal** | $185,000.00 |

Debtor   **Townley Pallet Manufacturing, LLC**
_____
Name

Case number *(if known)* **25-41057-11**

| | | | | |
|---|---|---|---|---|
| 55.3 **Timberland: 49 Acres, Rusk County, TX** | Fee Simple | unknown | Appraisal | $250,000.00 |
| 55.4 **Timberland: 944 Acres, Rusk County, TX** | Fee Simple | unknown | Appraisal | $2,750,000.00 |
| 55.5 **Sales Office: 17 Acres, Rusk County, TX** | Fee Simple | unknown | | $300,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$5,245,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

Debtor  **Townley Pallet Manufacturing, LLC**                    Case number *(if known)* **25-41057-11**
     Name

---

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

71.  **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡   _____
                           Total face amount     doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____
_____   Tax year _____   _____
_____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

_____   _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Claim against North American Company for Life and Health Insurance for wrongful denial of key man policy claim on the life of Jay Townley**                    **unknown**

Nature of claim   _____

Amount requested   _____**unknown**_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim   _____

Amount requested   _____

---

Debtor    **Townley Pallet Manufacturing, LLC**
_____
Name

Case number *(if known)* **25-41057-11**

---

76. **Trusts, equitable or future interests in property**
_____     _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____
_____     _____

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.     _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,550,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................➔ | | $5,245,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $6,550,000.00 | + 91b. $5,245,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................... | | $11,795,000.00 |

Fill in this information to identify the case:

Debtor name  **Townley Pallet Manufacturing, LLC**

United States Bankruptcy Court for the:  **Northern**    District of    **Texas**
(State)

Case number (if known):  **25-41057-11**

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**  **Creditor's name**

**Beverly Bank & Trust Company,
National Association dba Wintrust
Specialty Finance**

**Creditor's mailing address**

**2050 Main St Ste 230**

**Irvine, CA 92614-8264**

**Creditor's email address, if known**

Date debt was incurred    **08/05/2022**

Last 4 digits of account    **6  6  3  4**
number

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**1) Beverly Bank & Trust
Company, National Association
dba Wintrust Specialty Finance**;
2) Regions Bank; 3) Rusk County
Tax Assessor/Collector; 4) U.S.
Small Business Administration

**Describe debtor's property that is subject to a lien**

Baker Heavy Duty Four Head ambit rim with 24' saws
and 10HP motors (1) Baker 48" powered roll car with
hold overs feeding the "aba" sizer together with all
attachments, tooling, accessories, appurtenances, and
ELV960SM-X Stationary Mount Loader, together with
attachments, tooling, accessories, appurtenances

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$681,920.26**    **$500,000.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**    **$8,271,096.12**

| Debtor | **Townley Pallet Manufacturing, LLC** | Case number (if known) | 25-41057-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Regions Bank**

**Creditor's mailing address**

**250 Riverchase Pkwy E # 3**

**Hoover, AL 35244-1832**

**Creditor's email address, if known**

Date debt was incurred     **5/18/2020**

Last 4 digits of account     **8   1   4   2**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real and Personal Property, 74.022 SF Plant site on 52.16 Acres, Rusk County, TX, Pasture: 11.76 Acres, Rusk County, TX, Sales Office: 17 Acres, Rusk County, TX, Equipment at Nailing Plant, Equipment at New Mill, Equipment at Old Mill, Timberland: 49 Acres, Rusk County, TX, Timberland: 944 Acres, Rusk County, TX, Baker Heavy Duty Four Head ambit rim with 24' saws and 10HP motors (1) Baker 48" powered roll car with hold overs feeding the "aba" sizer together with all attachments, tooling, accessories, appurtenances, and ELV960SM-X Stationary Mount Loader, together with attachments, tooling, accessories, appurtenances

**Describe the lien**

**Deed of Trust and Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $4,497,356.71 | $11,795,000.00 |

| Debtor | **Townley Pallet Manufacturing, LLC** | Case number (if known) | 25-41057-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

**Rusk County Tax Assessor/Collector**

**Describe debtor's property that is subject to a lien**

Real and Personal Property, 74.022 SF Plant site on 52.16 Acres, Rusk County, TX, Baker Heavy Duty Four Head ambit rim with 24' saws and 10HP motors (1) Baker 48" powered roll car with hold overs feeding the "aba" sizer together with all attachments, tooling, accessories, appurtenances, and ELV960SM-X Stationary Mount Loader, together with attachments, tooling, accessories, appurtenances, Equipment at Nailing Plant, Equipment at New Mill, Equipment at Old Mill, Pasture: 11.76 Acres, Rusk County, TX, Sales Office: 17 Acres, Rusk County, TX, Timberland: 49 Acres, Rusk County, TX, Timberland: 944 Acres, Rusk County, TX

**$121,651.80**   **$11,795,000.00**

Creditor's mailing address

**Po Box 988 Ste 103**

**Henderson, TX 75653-0988**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account   __ __  __ __  __ __
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe the lien**

**Ad Valorem Taxes 2021, 2424, 2025**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Townley Pallet Manufacturing, LLC**

Name

Case number (if known) **25-41057-11**

---

| Part 1: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.4** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**PO Box 8274**

**Tyler, TX 75711-8274**

**Creditor's email address, if known**

**Date debt was incurred**      **01/23/2020**

**Last 4 digits of account number**      **7  0  0  9**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**

Real and Personal Property, 74.022 SF Plant site on 52.16 Acres, Rusk County, TX, Baker Heavy Duty Four Head ambit rim with 24' saws and 10HP motors (1) Baker 48" powered roll car with hold overs feeding the "aba" sizer together with all attachments, tooling, accessories, appurtenances, and ELV960SM-X Stationary Mount Loader, together with attachments, tooling, accessories, appurtenances, Equipment at Nailing Plant, Equipment at New Mill, Equipment at Old Mill, Pasture: 11.76 Acres, Rusk County, TX, Sales Office: 17 Acres, Rusk County, TX, Timberland: 49 Acres, Rusk County, TX, Timberland: 944 Acres, Rusk County, TX

**Describe the lien**

**Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$2,970,167.35**          **$11,795,000.00**

---

Debtor    **Townley Pallet Manufacturing, LLC**                                    Case number (if known) __25-41057-11__
          Name

---

| Part 1: | Additional Page |
|---------|-----------------|

**2.2** Creditor's name                    Specify each creditor, including this creditor, and its relative priority.

**Regions Bank**

For Real and Personal Property: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For 74,022 SF Plant site on 52.16 Acres, Rusk County, TX: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Pasture: 11.76 Acres, Rusk County, TX: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Sales Office: 17 Acres, Rusk County, TX: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Equipment at Nailing Plant: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Equipment at New Mill: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Equipment at Old Mill: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Timberland: 49 Acres, Rusk County, TX: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Timberland: 944 Acres, Rusk County, TX: **1) Regions Bank**; 2) Rusk County Tax Assessor/Collector; 3) U.S. Small Business Administration; For Baker Heavy Duty Four Head ambit rim with 24' saws and 10HP motors (1) Baker 48" powered roll car with hold overs feeding the "aba" sizer together with all attachments, tooling, accessories, appurtenances, and ELV960SM-X Stationary Mount Loader, together with attachments, tooling, accessories, appurtenances: 1) Beverly Bank & Trust Company, National Association dba Wintrust Specialty Finance; **2) Regions Bank**; 3) Rusk County Tax Assessor/Collector; 4) U.S. Small Business Administration

Fill in this information to identify the case:

Debtor name **Townley Pallet Manufacturing, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-41057-11**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **unknown**

**2.2** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Office of the Attorney General**
**Bankruptcy & Collections Division**

**Po Box 12548 Mc-008**

**Austin, TX 78711-2548**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **unknown**

| Debtor | **Townley Pallet Manufacturing, LLC** | | Case number *(if known)* | **25-41057-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:**  Additional Page

---

**2.3**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** | **unknown** |
|---|---|---|---|

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the Claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ____

| Debtor | Townley Pallet Manufacturing, LLC | Case number *(if known)* | 25-41057-11 |
|--------|-----------------------------------|--------------------------|-------------|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Commercial Financial Group/Texas, L.L.C.**

**5064 Roswell Road Suite A200**

**Atlanta, GA 30342**

Date or dates debt was incurred __10/06/2023__

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Factoring Agreement__

Is the claim subject to offset?
☑ No
☐ Yes

$1,283,718.00

**3.2** Nonpriority creditor's name and mailing address

**SCS Capital Group, LLC**

**c/o William Vance McCurry**

**508 W Lookout Dr Ste 14 Pmb 74**

**Richardson, TX 75080-2177**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor  **Townley Pallet Manufacturing, LLC**
Name

Case number *(if known)*      **25-41057-11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$1,283,718.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,283,718.00** |

| Fill in this information to identify the case: |
|---|
| Debtor name        **Townley Pallet Manufacturing, LLC** |
| United States Bankruptcy Court for the:
**Northern District of Texas** |
| Case number (if known):     **25-41057-11**      Chapter  **11** |

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease of Truck Yard** | **TLC Transportation, L.L.C.** |
| | | **Contract to be ASSUMED** | **13667 US-79** |
| | State the term remaining | **1 months** | **Henderson, TX 75654** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease of Saw Mill** | **W.D. Townley and Son Lumber Company, Inc.** |
| | | **Contract to be ASSUMED** | **13668 Highway 79S** |
| | State the term remaining | **1 months** | **Henderson, TX 75652** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Townley Pallet Manufacturing, LLC**__

United States Bankruptcy Court for the: _____**Northern**_____    District of ____**Texas**____
(State)

Case number (If known): ____**25-41057-11**____

☑ Check if this is an
amended filing

__Official Form 206H__

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Billy J. Townley** | **645 Fm 840 E** <br> Street <br><br> **Henderson, TX 75654-7196** <br> City          State          ZIP Code | **Beverly Bank & Trust Company, National Association dba Wintrust Specialty Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Billy J. Townley** | **645 FM 840 E** <br> Street <br><br> **Henderson, TX 75654** <br> City          State          ZIP Code | **SCS Capital Group, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 **TLC Transportation, L.L.C.** | **13667 US-79** <br> Street <br><br> **Henderson, TX 75654** <br> City          State          ZIP Code | **Regions Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Townley Pallet Manufacturing, LLC** | Case number (if known) | **25-41057-11** |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | **W.D. Townley and Son Lumber Company, Inc.** | **13668 Highway 79S**<br>Street<br><br>**Henderson, TX 75652**<br>City       State       ZIP Code | **Regions Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **U.S. Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Commercial Financial Group/Texas, L.L.C.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SCS Capital Group, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | _____ | Street<br><br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street<br><br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name **Townley Pallet Manufacturing, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-41057-11**    Chapter **11**

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................................

   **$5,245,000.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.....................................................................................

   **$6,550,000.00**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.......................................................................................

   **$11,795,000.00**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$8,271,096.12**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   **+    $1,283,718.00**

4. **Total liabilities**.................................................................................................................

   **$9,554,814.12**

   Lines 2 + 3a + 3b